**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 47.187.16.231**

**ISP:** Frontier Communications
**Physical Location:** Colleyville, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/20/2019 18:59:32 | 30512197BA69A068EDE19E894DFD7D16D0175C87 | Workout and Stunning Hot Sex |
| 10/01/2018 23:14:09 | 511D6FBD106FA538974F251AB9F1B1B8B6CBE052 | Hot Russian Fucking |
| 08/13/2018 00:29:18 | 83D0E4AB0A70F874F96FCF4D58FC0724DA978B93 | Cum In For An Orgy |
| 06/02/2018 19:15:27 | 44BB7079CC0D20E54C2D2ED0DBA016A4B6581F67 | My Sweet Surrender |
| 04/30/2018 00:52:36 | C8C692FF2146E2D238037AA2FEA950EB22CB0DE0 | In The Mood |
| 04/02/2018 02:33:11 | C78692725E360537BCEBBA49789076697AB563D5 | Never Have I Ever Had A Threesome Like This |
| 03/24/2018 19:29:14 | 16540A069860446050189D1C8F2DA71FE4787B69 | Stripshow Sex |
| 03/19/2018 01:51:59 | 667E821003865AA939991A673B72E0C324B9B504 | Everybody Plays Three Ways |
| 03/11/2018 02:01:34 | B184880A36AFC511EDFF07046B26E5DD1CE6396B | Honeymoon Sex |
| 03/04/2018 00:01:54 | AFB45360C3A3887DCFCF38289F4525EAD9CD3661 | Hot Blooded |
| 01/15/2018 00:54:57 | D655F752808917DC913CFEC67E494906BDC32B55 | Purely Passionate |
| 12/16/2017 19:03:11 | B0BDE8708FC36E831E1D82EE32A0D92D8C45BC23 | Your Luckiest Night |
| 12/11/2017 01:48:38 | 5E7275441FA969D7E565D76821D2E92D8CB55FA2 | Five Reasons to Love Sex with Blondes |
| 10/08/2017 00:45:18 | 1D563AD0A859AB6D49E31F736E3454C1AD188DAA | Love Burns Again |
| 09/16/2017 21:43:33 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 07/02/2017 05:11:42 | 89B1D793636AF77DECDD2D0C433D7419FB328136 | XXX Threeway Games |
| 06/02/2017 04:00:34 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 01/30/2017 03:01:58 | 3F4A5DBF141AC8226C9FFA51A3E357A71593FAFC | A Rose A Kiss and A Bang |
| 10/17/2016 01:59:18 | FA3C3ADE1CC16A175C160A24EF15FDD23366015D | Forbidden Fruit |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

NTX7